SAMUEL SLAVIN, RESPONDENT, v. FRANCIS H. LEGGETT & COMPANY, APPELLANT.

Argued February 4, 1936—Decided May 14, 1936.

For the respondent, *Manuel Weiner.*

For the appellant, *Edwards, Smith & Dawson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, PERSKIE, HETFIELD, DEAR, WOLFSKEIL, RAFFERTY, JJ. 7.

*For reversal*—THE CHIEF JUSTICE, HEHER, WELLS, JJ. 3.